Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Ricky Duane Jackson |
| Debtor 2 (Spouse, if filing) | Karla Sue Jackson |
| United States Bankruptcy Court for the: | NORTHERN District of TEXAS (State) |
| Case number | 13-10172-rlj13 |

# Form 4100R
## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** US Bank Trust National Association as Trustee of the Igloo Series III Trust

**Court claim no.** (if known): 8-2

**Last 4 digits** of any number you use to identify the debtor's account: 4 2 3 3

**Property address:** 2 Pioneer Court
Number    Street

Merkel    TX    79536
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 10 / 1 / 2018
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / ___
MM / DD / YYYY

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

| Debtor 1 | Ricky Duane Jackson | Case number (*if known*) | 13-10172-rlj13 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Jaci Phu
Signature

Date 9 / 25 / 2018

Print: Jaci     Phu
       First Name   Middle Name   Last Name

Title: Bankruptcy Specialist/ Paralegal

Company: BSI Financial Services

If different from the notice address listed on the proof of claim to which this response applies:

Address: 7505 Irvine Center Drive
Number   Street

Irvine           CA    92618
City            State  ZIP Code

Contact phone ( 949 ) 201 – 4287

Email _____

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the 25th day of September, 2018. Said Response was filed electronically. Service was accomplished by the method and to the following as indicated.

By: /s/ Richard Anderson
RICHARD E. ANDERSON
State Bar No. 01209010
4920 Westport Drive
The Colony, Texas 75056
Email: randerson@AndersonVela.com

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

DEBTOR
Ricky Duane Jackson
2 Pioneer Ct (Property)
Merkel, TX 79536

DEBTOR
Karla Sue Jackson
2 Pioneer Ct (Property)
Merkel, TX 79536

DEBTORS' ATTORNEY
Phil Black
The Black and White Law Firm
1290 South Willis, Commerce Plaza, Suite 125
Abiline, TX 79605

TRUSTEE
Robert B. Wilson
1407 Buddy Holly Ave
Lubbock, TX 79401

U.S. TRUSTEE
United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242

<u>CREDITOR ATTORNEY</u>

Lee Gordon
McCreary, Veselka, Bragg and Allen, P.C.
P.O. Box 1269
Round Rock, TX 78665
(512) 323-3200
(512) 323-3205 (fax)
lee.gordon@mvbalaw.com
  *Assigned: 07/30/2013*

representing

Taylor CAD
co Lee Gordon
P.O. Box 1269
Round Rock, TX 78680
*(Creditor)*

Sammy Hooda
Bonial & Associates, P.C.
14841 Dallas Parkway
Suite 425
Dallas, TX 75254
2148606981
2142964397 (fax)
sammy.hooda@bonialpc.com
  *Assigned: 07/30/2013*

representing

HARLEY-DAVIDSON CREDIT CORP.
9441 LBJ Freeway Suite 250
Dallas, TX 75243
*(Creditor)*

Steve Turner
Barrett Daffin Frappier Turner & Engel
3809 Juniper Trace, Suite 205
Austin, TX 78738
512-687-2500
512-477-1112 (fax)
ndecf@BDFGROUP.com
  *Assigned: 08/07/2013*

representing

Wells Fargo Bank, N.A.
*(Creditor)*

　

/s/ Richard E. Anderson
RICHARD E. ANDERSON